IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDY D. PITTMAN,

    Plaintiff,

v.                                                              4:17cv66–WS/CAS

FEDERAL BUREAU OF
PRISONS,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed February 3, 2017. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim. The plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is

ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's Emergency Motion for Preliminary/Temporary Injunction (doc. 1) and this action are DISMISSED for failure to state a claim upon which relief may be granted.

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The plaintiff's motion for leave to proceed *in forma pauperis* (doc. 2) is DENIED.

DONE AND ORDERED this   7th   day of   March  , 2017.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE